UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KAMAL KARNA ROY,<br><br>             Plaintiff,<br><br>    vs.<br><br>UNKNOWN DEFENDANTS,<br><br>             Defendant. | NO. CV-10-0173-CI<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND ENTERING JUDGMENT IN DEFENDANT'S FAVOR** |

On July 8, 2010, Magistrate Judge Imbrogno filed a Report and Recommendation, recommending that this file be closed given that Plaintiff Kamal Karna Roy failed to submit either a filing fee or a properly-completed Application to Proceed in Forma Pauperis. (Ct. Rec. 4.) Objections were to be filed within fourteen days of the Report and Recommendation's service. No timely objections were filed; however, on September 17, 2010, Plaintiff submitted a supplemental filing (Ct. Rec. 5). The majority of this ninety-eight page filing is largely unintelligible and it fails to contain a properly-completed Application to Proceed in Forma Pauperis as directed by the Order Denying Application to Proceed *In Informa Pauperis* with Leave to Renew (Ct. Rec. 3). Accordingly, the Court **ADOPTS** the Report and Recommendation and **HEREBY ORDERS**:

 1.   this file shall be **CLOSED,** and

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

2. an appeal in this matter, which does not include a properly-filed complaint, will not be taken in good faith.

**IT IS SO ORDERED.** The District Court Executive shall forward copies of this Order to Plaintiff.

**DATED** this 1st day of October 2010.


                        s/Edward F. Shea
                         EDWARD F. SHEA
                   United States District Judge

Q:\Civil\2010\0173.adoptRR.wpd

ORDER ADOPTING REPORT AND RECOMMENDATION - 2