AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

KAMAL KARNA ROY,

      Plaintiff,

v.

UNKNOWN DEFENDANTS,

      Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-10-173-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to   hearing   before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the Court adopts the Report and Recommendation and hereby Orders:  this file shall be CLOSED, and an appeal in this matter, which does not include a properly-filed complaint, will not be taken in good faith.

| October 1, 2010 | JAMES R. LARSEN |
|---|---|
| *Date* | *Clerk* |
| | s/ Cheryl Switzer |
| | *(By) Deputy Clerk* |
| | Cheryl Switzer |